JULIUS BRESSNER, an Infant, by HYMAN BRESSNER, His Guardian ad Litem, Respondent, *v.* JOSEPH CASTALDO, Appellant.

HYMAN BRESSNER, Respondent, *v.* JOSEPH CASTALDO, Appellant.

(Argued October 12, 1928; decided October 26, 1928.)

*Thomas F. Frawley* for appellant.
*Jacob Zelenko* and *Edward Gordon* for respondent.

no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.